In The United State District Court
Northern District of Illinois

Gary E. Shelton
Plaintiff
Case Number 12C8717     Judge
vs.                     Nensle

Joseph Martin owner
Illinois Auto Brokers Inc
Defendant

FILED

APR X 3 2013

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## Motion for Judgement by Default

The plaintiff Gray E. Shelton moves the honorable court for judgement by default in this

action and show that the complaint in the above case was filed in the United State District

Court Northern District of Illinois on October 10, 2012. As of April 3, 2013 no respond from the

has been filed by the defendant.

Statement of Facts:

On January 25 in the year of 2013 the United State Marshals Service Chicago served the

defendant notice. As of April 3 in the year 2013 no respond from the defendant Joseph

Martin owner of Illinois Auto Brokers Inc.

Statement of Case:

On September 11 in the year 2012 the United State Dept of Labor WHD Chicago render their

final disposition and finding in case number 1649057 Gray Shelton vs. The Loan Approval

Center Illinois Auto Brokers Inc. The defendant was found in violation of FLSA with multi

violation over a 15 months.

The plaintiff Gray Shelton was awarded back wages in the amount of $1990.75. In accordance with section (14b) of 820 ILCS 115/14 the plaintiff Gray Shelton is entitled to 1% per-cent interest per calendar day commencing September 11,2012. To date the interest accumulation is 195 days @ $19.40 per calendar day. $19.40 x 195 days equals $3783.00 in accumulated interest plus $1990.75. The total $5773.75.

Relief:

The petitioner Gray Shelton plaintiff in the above case number move the Honorable United State Court for judgement by default in the amount of $5773.75 as relief to the plaintiff Gray Shelton.

April 3,2013

*Gray Shelton*
41 West 107th Street
Chicago Illinois 60628